**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| NISHA PATEL and JONATHAN REYES, Individually and for Others Similarly Situated<br><br>v.<br><br>CURATIVE DIGESTIVE DISEASE CENTER PLLC. | **Case No. 4:25-cv-06110**<br><br><br>Collective Action Pursuant to 29 U.S.C. § 216(b) |

## JOINT NOTICE OF SETTLEMENT

The parties jointly notify the Court that they have reached an agreement on the material terms to settle this action. The parties are in the process of executing the final settlement documents. Following the execution of all documents, the parties will file a joint stipulation of dismissal with prejudice of the lawsuit. The undersigned counsel has permission to file this document on behalf of the parties.

Date: April 17, 2026.

Respectfully submitted,

*/s/ Carl A. Fitz*
   **Carl A. Fitz**
   Tex. Bar No. 24105863
**FITZ LAW PLLC**
3730 Kirby Drive, Ste. 1200
Houston, Texas 77098
(713) 766-4000
carl@fitz.legal

**ATTORNEY FOR THE PLANTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on the seventeenth day of April, 2026, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants for this matter.

*/s/ Carl Fitz*
Carl A. Fitz

4878-1786-4391, v. 1