United States District Court
Southern District of Texas
**ENTERED**
April 20, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Nisha Patel,, et al. | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION 4:25−cv−06110 |
| | § | |
| Curative Digestive Disease Center PLLC, | § | |
| | § | |
| *Defendant.* | § | |

## CONDITIONAL DISMISSAL ORDER

The Court has been advised that a settlement has been reached between the parties. Accordingly, it is hereby

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** to reinstatement of Plaintiff's claims, unless any party represents in writing filed with the Court on or before **May 20, 2026** that the settlement could not be completely documented.

All pending motions are hereby **DENIED, as moot.**

Signed the 20th of April 2026.

George C. Hanks, Jr.
United States District Judge